UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00154

———

**James Anthony Hunter,**
*Plaintiff,*

v.

**Officer Boller et al.,**
*Defendants.*

———

# ORDER

Plaintiff filed this action under 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights while incarcerated at Smith County Jail. Doc. 93. The case was referred to a magistrate judge. Doc. 3. After plaintiff filed his second amended complaint (Doc. 93), defendant Boller filed a motion for partial summary judgment. Doc. 98. The magistrate judge issued a report recommending that defendant Boller's motion for summary judgment be denied. Doc. 104. None of the parties filed objections to the report.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The motion for partial summary judgment (Doc. 98) is denied.

*So ordered by the court on September 26, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -